AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

AUG 1 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| RAFAEL PIZA-ELIGIO | CASE NUMBER: 08CR2768-WQH |

I, RAFAEL PIZA-ELIGIO, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/19/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Defendant

_____ FOR TIMOTHY A. SCOTT
Counsel for Defendant
DAVID R. SILLDORF

Before _____
       Judicial Officer